UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KABRINA WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-04429 |
| | ) |
| MONARCH RECOVERY MANAGEMENT, INC. and MONARCH RECOVERY HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) |

Plaintiff, KABRINA WHITE, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendants, MONARCH RECOVERY MANAGEMENT, INC. and MONARCH RECOVERY HOLDINGS, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, with prejudice, within 60 days.

DATED: October 13, 2025        RESPECTFULLY SUBMITTED,

By: /s/ Michael R. Bertucci
Michael R. Bertucci
IL SBN: 6326591
MIKE AGRUSS LAW
1301 W. 22nd St., Suite 711
Oak Brook, IL 60523
Tel: 312-224-4695
Fax: 312-253-4451
Mike.bertucci@844seemike.com
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on October 13, 2025, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael R. Bertucci
Michael R. Bertucci